UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA TERRY,

    Plaintiff,

v.

ACTING COMMISSIONER
NANCY A. BERRYHILL,

    Defendant.
_____/

Case No. 17-cv-11496

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S MAY 18, 2018
REPORT AND RECOMMENDATION (ECF NO. 18),
(2) GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 14),
(3) DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 16), AND
(4) REMANDING FOR FURTHER PROCEEDINGS
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On May 18, 2018, Magistrate Judge David R. Grand issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, and REMAND this matter for further administrative proceedings. Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 18),

1

GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 14), DENIES Defendant's Motion for Summary Judgment (ECF No. 16), and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Grand's analysis in his May 18, 2018 Report and Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 14, 2018.

s/Deborah Tofil
Case Manager